UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                        CASE NO.: 6:15-bk-00934-CCJ

**TANGIE GOGGINS**

           Debtor(s).                                    CHAPTER 13
_____/

___X___  **Chapter 13 Plan**                           _____  **Amended Chapter 13 Plan**

      COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

**Payment Number by months**          **Amount of Monthly Plan payment**

1 – 60        (March 2015 – February 2020)              $ 3,215.00

      The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| KEL, PLLC | $ 2,500.00 | $ 450.00 | 1 – 5 |
|  |  | $ 250.00 | 6 |
| Monitoring Fees | $ 2,700.00 | $ 50.00 | 7 – 60 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BANK OF AMERICA | $ 398,885.00 | $ 1,759.86 | 1 – 60 |
| WELLS FARGO FIN. | $ 24,782.00 | $ 530.00 | 1 – 47 |
| GREEN TREE SERVICING | $ 114,207.00 | | OUTSIDE PLAN PD BY BUSINESS |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BANK OF AMERICA | $ 8,000.000 | $ 153.64 | 1 – 5 |
| | | $ 353.64 | 6 |
| | | $ 553.64 | 7 – 18 |
| | | $ 235.00 | 19 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Property to Be Surrendered:**

| Creditor Name: | Property Description: |
|---|---|
| DIAMOND RESORTS | TIMESHARE |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| EAGLE DUNES HOA | $ 12,017.09 | N/A | VALUATION |

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**         **Description of Collateral:**         **Month Numbers:**

NONE

**The following Executory Contracts are rejected:**
**Name of Creditor:**                    **Description of Collateral:**

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **100 %**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 17th day of February, 2015.

/s/
Debtor Signature

/s/ Sophia T Cabacum, Esq.
Sophia T Cabacum, Esq.
Attorney for Debtor
Kaufman, Englett & Lynd, PLLC
150 N Orange Avenue, Suite 100
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Florida Bar No.: 92295

| DUE DATE 2nd | | Unsecured | 60 | GOGGINS Debtor Pmt | 60 | CASE NO. 10.0% Tee Fee | | ATTY $2,500.00 | MONITORING $2,700.00 | BANK OF AMERICA $398,866.00 | BOA ARREARS $8,000.50 | EAGLE DUNES HOA | GREEN TREE SERVICING $114,207.00 | DIAMOND RESORTS | WELLS FARGO FINANCING $24,782.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/2/2015 | 1 | $0.00 | | $3,215.00 | | $321.50 | | $450.00 | | $1,759.86 | $153.64 | Valuation | Outside Plan | Surrender | $530.00 |
| 4/2/2015 | 2 | $0.00 | | $3,215.00 | | $321.50 | | $450.00 | | $1,759.86 | $153.64 | | by Business | | $530.00 |
| 5/2/2015 | 3 | $0.00 | | $3,215.00 | | $321.50 | | $450.00 | | $1,759.86 | $153.64 | | | | $530.00 |
| 6/2/2015 | 4 | $0.00 | | $3,215.00 | | $321.50 | | $450.00 | | $1,759.86 | $153.64 | | | | $530.00 |
| 7/2/2015 | 5 | $0.00 | | $3,215.00 | | $321.50 | 5 at | $450.00 | | $1,759.86 | $153.64 | | | | $530.00 |
| 8/2/2015 | 6 | $0.00 | | $3,215.00 | | $321.50 | 1 at | $250.00 | | $1,759.86 | $353.64 | | | | $530.00 |
| 9/2/2015 | 7 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 10/2/2015 | 8 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 11/2/2015 | 9 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 12/2/2015 | 10 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 1/2/2016 | 11 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 2/2/2016 | 12 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 3/2/2016 | 13 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 4/2/2016 | 14 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 5/2/2016 | 15 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 6/2/2016 | 16 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 7/2/2016 | 17 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 8/2/2016 | 18 | $0.00 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $553.64 | | | | $530.00 |
| 9/2/2016 | 19 | $318.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | $235.00 | | | | $530.00 |
| 10/2/2016 | 20 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 11/2/2016 | 21 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 12/2/2016 | 22 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 1/2/2017 | 23 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 2/2/2017 | 24 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 3/2/2017 | 25 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 4/2/2017 | 26 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 5/2/2017 | 27 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 6/2/2017 | 28 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 7/2/2017 | 29 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 8/2/2017 | 30 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 9/2/2017 | 31 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 10/2/2017 | 32 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 11/2/2017 | 33 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 12/2/2017 | 34 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 1/2/2018 | 35 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 2/2/2018 | 36 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 3/2/2018 | 37 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 4/2/2018 | 38 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 5/2/2018 | 39 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 6/2/2018 | 40 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 7/2/2018 | 41 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 8/2/2018 | 42 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 9/2/2018 | 43 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 10/2/2018 | 44 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 11/2/2018 | 45 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 12/2/2018 | 46 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 1/2/2019 | 47 | $553.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | $530.00 |
| 2/2/2019 | 48 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 3/2/2019 | 49 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 4/2/2019 | 50 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 5/2/2019 | 51 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 6/2/2019 | 52 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 7/2/2019 | 53 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 8/2/2019 | 54 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 9/2/2019 | 55 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 10/2/2019 | 56 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 11/2/2019 | 57 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 12/2/2019 | 58 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 1/2/2020 | 59 | $1,083.64 | | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| 2/2/2020 | 60 | $1,083.64 | 60 at | $3,215.00 | | $321.50 | | | $50.00 | $1,759.86 | | | | | |
| | | $29,907.98 | | $192,900.00 | | $19,290.00 | | $2,500.00 | $2,700.00 | $105,591.60 | $8,000.52 | | | | $24,910.00 |
| | | $29,998.00 | | | | | | | | | | | | | |
| | | 100% | | | | | | | | | | | | | |

```
Label Matrix for local noticing        United States Trustee - ORL7/13 7        Acceptance Now
113A-6                                  Office of the United States Trustee     5501 Headquarters Dr
Case 6:15-bk-00934-CCJ                  George C Young Federal Building         Plano, TX 75024-5837
Middle District of Florida              400 West Washington Street, Suite 1100
Orlando                                 Orlando, FL 32801-2210
Tue Feb 17 10:10:54 EST 2015

Afni                                    American InfoSource LP as agent for     Bank of America
Attention: Bankruptcy                   T Mobile/T-Mobile USA Inc               Attn: Correspondence Unit/CA6-919-02-41
1310 Martin Luther King Dr              PO Box 248848                           Po Box 5170
Bloomington, IL 61701-1465              Oklahoma City, OK  73124-8848           Simi Valley, CA 93062-5170


Business Revenue Syste                  Diamond Resorts Fs                      Eagle Dunes
2419 Spy Run Ave Ste A                  10600 W Charleston Blvd                 6972 Lake Gloria Blvd
Fort Wayne, IN 46805-3262               Las Vegas, NV 89135-1260                Orlando, FL 32809-3200


Eos Cca                                 Florida Department of Revenue           Franklin Collection Services
Po Box 981008                           Bankruptcy Unit                         PO Box 3910
Boston, MA 02298-1008                   Post Office Box 6668                    Tupelo, MS 38803-3910
                                        Tallahassee FL 32314-6668


Georgia Elliott                         (c)GREEN TREE SERVICING L               Health Central
2852 Hickory Creek Drive                332 MINNESOTA ST STE E610               10000 W Colonial Dr
Orlando FL 32818-3066                   SAINT PAUL MN  55101-1311               Ocoee, FL 34761-3499


IC System                               IC System                               Internal Revenue Service
Attn: Bankruptcy                        PO Box 64886                            Post Office Box 7346
444 Highway 96 East; Po Box 64378       St. Paul, MN 55164-0886                 Philadelphia PA 19101-7346
St. Paul, MN 55164-0378


Laboratory Corp. of America             Lake County Tax Collector               Professional Adjmnt Co
P.O. Box 2240                           Attn:  Bob McKee                        14410 Metropolis Ave
Burlington, NC 27216-2240               Post Office Box 327                     Fort Myers, FL 33912-4341
                                        Tavares FL 32778-0327


Revenue Recovery Corp                   The Health Law Firm                     Tower Hill Preferred Ins Co
612 S Gay St                            1101 Douglas Ave                        PO BOX 147018
Knoxville, TN 37902-1630                Altamonte Springs, FL 32714-2033        Gainesville, FL 32614-7018


WEST ORLANDO ER PHYSICIANS              Wff Auto                                orlando health physician
C/O PAC                                 Po Box 29704                            PO BOX 915092
14410 METROPOLIS AVENUE                 Phoenix, AZ 85038-9704                  Orlando, FL 32891-0001
FORT MYERS, FL 33912-4341


Laurie K Weatherford                    Sophia T Cabacum                        Tangie T. Goggins
Post Office Box 3450                    Kaufmann, Englett and Lynd              PO BOX 683406
Winter Park, FL 32790-3450              150 N. Orange Avenue                    Orlando, FL 32868-3406
                                        Orlando, FL 32801-2303
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Green Tree Servicing L              End of Label Matrix
332 Minnesota St Ste 610            Mailable recipients    29
Saint Paul, MN 55101                Bypassed recipients     0
                                    Total                  29
```