UNTIED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                              CASE NO.: 6:15-bk-00934-CCJ

TANGIE T. GOGGINS                    CHAPTER 13

Debtors.
_____/

## MOTION TO PAY GREENTREE SERVICING LLC OUTSIDE DEBTORS' CHAPTER 13 PLAN
(Claim No. 05)

Debtor(s), TANGIE T. GOGGINS, by and through the undersigned attorney, move this Honorable Court to allow payment outside the Chapter 13 Plan to the above named Creditor and as reasons therefore states:

1. GreenTree Servicing, LLC is a secured creditor in the Debtors' Chapter 13 case by virtue of holding a lien on the Debtors business property located at 1400 Charles Street, Orlando, FL 32808.
2. The Debtor is current with payments to Creditor.
3. The Debtor's business pays the Creditor directly. The Debtor wishes to continue this arrangement.
4. Allowing the Debtor to continue this payment arrangement with Creditor would be in the best interest of the Bankruptcy Estate and all Creditors.

WHEREFORE, Debtors respectfully request this Honorable Court to grant this Motion for the above stated reasons.

Respectfully submitted on this 30th day of June, 2015.     /s/ Sophia C Dean, Esq.
SOPHIA C DEAN, ESQ.
Attorney for Debtor
150 N Orange Ave., Suite 100
Orlando, FL 32801
Fla. Bar No.: 92295

## DECLARATION OF DEBTORS

I, TANGIE GOGGINS, Debtor in the above style case do swear or affirm that the information above is true and correct to the best of our knowledge, information, and belief.

_____
TANGIE GOGGINS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2015 a copy of the foregoing Motion to Pay Outside the Plan has been served either by electronic transmission or by United States first class postage prepaid to the following:

**Chapter 13 Trustee,** Laurie K. Weatherford, PO BOX 3450, Winter Park, FL 32790;
**Debtors,** Tangie T. Goggins, 23431 Campanero Drive, Sorrento, FL 32776;
**Creditor,** Green Tree Servicing LLC, 332 Minnesota St Ste. 610, Saint Paul, MN 55101; and
**Registered Agent,** CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324.

/s/ Sophia C Dean, Esq.
SOPHIA C DEAN, ESQ.
Attorney for Debtors
Kaufman, Englett & Lynd, PLLC
150 N Orange Ave., Ste. 100
Orlando, FL 32801
Fla. Bar No.: 93901
Telephone: 407.513.1900
Facsimile: 407.309.5900