UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                         CASE NO.:  6:15-bk-00934-CCJ

    TANGIE GOGGINS

        Debtor(s).                           CHAPTER 13
_____/

_____    **Chapter 13 Plan**          ____X____    **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | | Amount of Monthly Plan payment |
|---|---|---|
| 1 – 4 | (March 2015 – June 2015) | $ 3,215.00 |
| 5 – 60 | (July 2015 – February 2020) | $ 2,800.00 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| KEL, PLLC | $ 2,500.00 | $ 500.00 | 1 – 4 |
| | | $ 150.00 | 5 – 6 |
| | | $ 100.00 | 7 – 8 |
| Monitoring Fees | $ 2,700.00 | $  50.00 | 7 – 60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BANK OF AMERICA | $ 406,087.24 | $ 1,803.95 | 1 – 60 |
| WELLS FARGO FIN. | $  24,194.84 | $    530.00<br>$    344.84 | 1 – 45<br>46 |
| GREEN TREE SERVICING | $ 114,207.00 |  | OUTSIDE PLAN<br>PD BY BUSINESS |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BANK OF AMERICA | $ 12,734.54 | $ 59.55<br>$ 36.05<br>$ 136.05<br>$ 321.21<br>$ 666.05<br>$ 336.58 | 1 – 4<br>5 – 8<br>9 – 45<br>46<br>47 – 56<br>57 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE |  |  |  |

**Property to Be Surrendered:**

| Creditor Name: | Property Description: |
|---|---|
| DIAMOND RESORTS | TIMESHARE |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| EAGLE DUNES HOA | $ 12,017.09 | N/A | VALUATION |

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
| --- | --- | --- |

NONE

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
| --- | --- |

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **100 %**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 15 day of _____July_____, 2015.

/s/
Debtor Signature

/s/ Sophia C Dean, Esq.
Sophia C Dean, Esq.
Attorney for Debtor
Kaufman, Englett & Lynd, PLLC
150 N Orange Avenue, Suite 100
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Florida Bar No.: 92295

| DUE DATE 2nd | | Unsecured | | GOGGINS Debtor Pmt | 10.0% Tee Fee | | ATTY $2,500.00 | MONITORING $2,700.00 | BANK OF AMERICA $406,087.24 | BOA ARREARS $12,734.54 | EAGLE DUNES HOA | GREEN TREE SERVICING $114,207.00 | DIAMOND RESORTS | WELLS FARGO FINANCING $24,194.84 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | 60 | | | | | | | | | | |
| 3/2/2015 | 1 | $0.00 | | $3,215.00 | $321.50 | | $500.00 | | $1,803.95 | $59.55 | Valuation | Outside Plan | Surrender | $530.00 |
| 4/2/2015 | 2 | $0.00 | | $3,215.00 | $321.50 | | $500.00 | | $1,803.95 | $59.55 | | by Business | | $530.00 |
| 5/2/2015 | 3 | $0.00 | | $3,215.00 | $321.50 | | $500.00 | | $1,803.95 | $59.55 | | | | $530.00 |
| 6/2/2015 | 4 | $0.00 | 4 at | $3,215.00 | $321.50 | 4 at | $500.00 | | $1,803.95 | $59.55 | | | | $530.00 |
| 7/2/2015 | 5 | $0.00 | | $2,800.00 | $280.00 | | $150.00 | | $1,803.95 | $36.05 | | | | $530.00 |
| 8/2/2015 | 6 | $0.00 | | $2,800.00 | $280.00 | 2 at | $150.00 | | $1,803.95 | $36.05 | | | | $530.00 |
| 9/2/2015 | 7 | $0.00 | | $2,800.00 | $280.00 | | $100.00 | $50.00 | $1,803.95 | $36.05 | | | | $530.00 |
| 10/2/2015 | 8 | $0.00 | | $2,800.00 | $280.00 | 2 at | $100.00 | $50.00 | $1,803.95 | $36.05 | | | | $530.00 |
| 11/2/2015 | 9 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 12/2/2015 | 10 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 1/2/2016 | 11 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 2/2/2016 | 12 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 3/2/2016 | 13 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 4/2/2016 | 14 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 5/2/2016 | 15 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 6/2/2016 | 16 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 7/2/2016 | 17 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 8/2/2016 | 18 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 9/2/2016 | 19 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 10/2/2016 | 20 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 11/2/2016 | 21 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 12/2/2016 | 22 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 1/2/2017 | 23 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 2/2/2017 | 24 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 3/2/2017 | 25 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 4/2/2017 | 26 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 5/2/2017 | 27 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 6/2/2017 | 28 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 7/2/2017 | 29 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 8/2/2017 | 30 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 9/2/2017 | 31 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 10/2/2017 | 32 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 11/2/2017 | 33 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 12/2/2017 | 34 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 1/2/2018 | 35 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 2/2/2018 | 36 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 3/2/2018 | 37 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 4/2/2018 | 38 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 5/2/2018 | 39 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 6/2/2018 | 40 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 7/2/2018 | 41 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 8/2/2018 | 42 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 9/2/2018 | 43 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 10/2/2018 | 44 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.05 | | | | $530.00 |
| 11/2/2018 | 45 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $136.00 | | | | $530.00 |
| 12/2/2018 | 46 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $321.21 | | | | $344.84 |
| 1/2/2019 | 47 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 2/2/2019 | 48 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 3/2/2019 | 49 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 4/2/2019 | 50 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 5/2/2019 | 51 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 6/2/2019 | 52 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 7/2/2019 | 53 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 8/2/2019 | 54 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 9/2/2019 | 55 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 10/2/2019 | 56 | $0.00 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $666.05 | | | | |
| 11/2/2019 | 57 | $329.47 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | $336.58 | | | | |
| 12/2/2019 | 58 | $666.05 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | | | | | |
| 1/2/2020 | 59 | $666.05 | | $2,800.00 | $280.00 | | | $50.00 | $1,803.95 | | | | | |
| 2/2/2020 | 60 | $666.05 | 56 at | $2,800.00 | | | | $50.00 | $1,803.95 | | | | | |
| | | $2,327.62 | | $169,660.00 | $16,966.00 | | $2,500.00 | $2,700.00 | $108,237.00 | $12,734.54 | | | | $24,194.84 |
| | | $2,261.45 | | | | | | | | | | | | |
| | | 103% | | | | | | | 0.00 | | | | | 0.00 |

Label Matrix for local noticing
113A-6
Case 6:15-bk-00934-CCJ
Middle District of Florida
Orlando
Wed Jul 15 14:21:21 EDT 2015

American InfoSource LP as agent for T Mobile
PO Box 248848
Oklahoma City, OK 73124-8848

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024-5837

Afni
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701-1465

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Ashley Funding Services, LLC
c/o Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

BANK OF AMERICA, N.A.
P.O.Box 5170
Simi Valley, CA 93062-5170

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062-5170

Business Revenue Syste
2419 Spy Run Ave Ste A
Fort Wayne, IN 46805-3262

Diamond Resorts Fs
10600 W Charleston Blvd
Las Vegas, NV 89135-1260

Eagle Dunes
6972 Lake Gloria Blvd
Orlando, FL 32809-3200

Eos Cca
Po Box 981008
Boston, MA 02298-1008

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Franklin Collection Services
PO Box 3910
Tupelo, MS 38803-3910

Georgia Elliott
2852 Hickory Creek Drive
Orlando FL 32818-3066

(c)GREEN TREE SERVICING L
332 MINNESOTA ST STE E610
SAINT PAUL MN  55101-1311

(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

Health Central
10000 W Colonial Dr
Ocoee, FL 34761-3499

IC System
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164-0378

IC System
PO Box 64886
St. Paul, MN 55164-0886

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Laboratory Corp. of America
P.O. Box 2240
Burlington, NC 27216-2240

Lake County Tax Collector
Attn:  Bob McKee
Post Office Box 327
Tavares FL 32778-0327

Professional Adjmnt Co
14410 Metropolis Ave
Fort Myers, FL 33912-4341

Revenue Recovery Corp
612 S Gay St
Knoxville, TN 37902-1630

The Health Law Firm
1101 Douglas Ave
Altamonte Springs, FL 32714-2033

Tower Hill Preferred Ins Co
PO BOX 147018
Gainesville, FL 32614-7018

WEST ORLANDO ER PHYSICIANS
C/O PAC
14410 METROPOLIS AVENUE
FORT MYERS, FL 33912-4341

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4938

Wff Auto
Po Box 29704
Phoenix, AZ 85038-9704

orlando health physician
PO BOX 915092
Orlando, FL 32891-0001

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Sophia Cabacum Dean
Kaufmann, Englett Lynd
150 N. Orange Avenue
Ste 100
Orlando, FL 32801-2317

Tangie T. Goggins
PO BOX 683406
Orlando, FL 32868-3406

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57709-6154
Telephone number: 888-298-7785

               Addresses marked (c) above for the following entity/entities were corrected
                  as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN 55101

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35